UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF ALABAMA
MOBILE DIVISION

In re: §
 §
REGINA A HADLEY § Case No. 14-01816
 §
 Debtor §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 06/04/2014. The undersigned trustee was appointed on 06/04/2014.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

| | | |
|---|---|---|
| 4. The trustee realized gross receipts of | $ | 1,200.00 |
| Funds were disbursed in the following amounts: | | |
| Payments made under an interim disbursement | | 0.00 |
| Administrative expenses | | 0.00 |
| Bank service fees | | 15.00 |
| Other payments to creditors | | 0.00 |
| Non-estate funds paid to 3rd Parties | | 0.00 |
| Exemptions paid to the debtor | | 0.00 |
| Other payments to the debtor | | 0.00 |
| Leaving a balance on hand of[1] | $ | 1,185.00 |

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

USBA Form 101-7-TFR (5/1/2011) *(Page: 1)*

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 06/15/2015 and the deadline for filing governmental claims was 06/15/2015 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 300.00 . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $ 0.00 as interim compensation and now requests a sum of $ 300.00 , for a total compensation of $ 300.00 [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 0.00 , for total expenses of $ 0.00 [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.


Date: 10/22/2015              By:/s/DENISE LITTLETON, Trustee
                                         Trustee

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit A

| Case No: | 14-01816 | HAC | Judge: | Henry A. Callaway | Trustee Name: | DENISE LITTLETON, Trustee |
|---|---|---|---|---|---|---|
| Case Name: | REGINA A HADLEY | | | | Date Filed (f) or Converted (c): | 06/04/2014 (f) |
| | | | | | 341(a) Meeting Date: | 07/07/2014 |
| For Period Ending: | 10/22/2015 | | | | Claims Bar Date: | 06/15/2015 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets | Lien Amount | Exempt Amount |
| 1. 20 ACRE LOT LOCATED @ 54280 COUNTY ROAD 47 S. EXT.  Compromised Order dated 4/15/15 Doc#32  20 Acre Lot located @ 54280 County Road 47 S. Ext., Perdido, AL 36562 *Owned by The Life Estate of Regina Hadley | 15,085.00 | 1,200.00 | | 1,200.00 | 0.00 | 0.00 | 0.00 |
| 2. 3 ACRE LOT W/OLD WOOD HOME LOCATED @ 54260 COUNTY  3 Acre Lot w/Old Wood Home located @ 54260 County Road 47 S. Ext., Perdido, AL 36562 *Owned by The Life Estate of Regina Hadley | 103,500.00 | 0.00 | | 0.00 | FA | 0.00 | 5,000.00 |
| 3. CHECKING ACCOUNT - NEW HORIZON CREDIT UNION  Checking Account - New Horizon Credit Union | 20.00 | 0.00 | | 0.00 | FA | 0.00 | 20.00 |
| 4. SAVINGS ACCOUNT - NEW HORIZONS CREDIT UNION  Savings Account - New Horizons Credit Union | 20.00 | 0.00 | | 0.00 | FA | 0.00 | 20.00 |
| 5. SOFA, LOVESEAT, TV, TV STAND, 2 BEDS, DRESSER, NIG  Sofa, Loveseat, TV, TV Stand, 2 Beds, Dresser, Night Stand, Washer & Dryer, Kitchen Table + Chairs | 600.00 | 0.00 | | 0.00 | FA | 0.00 | 600.00 |
| 6. CLOTHING  Clothing | 100.00 | 0.00 | | 0.00 | FA | 0.00 | 100.00 |
| 7. TERM LIFE INSURANCE POLICY - PROGRESSIVE INSURANCE  Term Life Insurance Policy - Progressive Insurance | 1.00 | 0.00 | | 0.00 | FA | 0.00 | 1.00 |
| 8. 2000 CHEVROLET Z71 CREW CAB - 140,000 MILED *DOES  2000 Chevrolet Z71 Crew Cab - 140,000 Miled *DOES NOT RUN - NEEDS NEW MOTOR | 800.00 | 0.00 | | 0.00 | FA | 0.00 | 800.00 |

USBA Form 101-7-TFR (5/1/2011) *(Page: 3)*

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit A

| Case No: | 14-01816 | HAC | Judge: | Henry A. Callaway | Trustee Name: | DENISE LITTLETON, Trustee |
| --- | --- | --- | --- | --- | --- | --- |
| Case Name: | REGINA A HADLEY | | | | Date Filed (f) or Converted (c): | 06/04/2014 (f) |
| | | | | | 341(a) Meeting Date: | 07/07/2014 |
| For Period Ending: | 10/22/2015 | | | | Claims Bar Date: | 06/15/2015 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets | Lien Amount | Exempt Amount |
| 9. 2003 NISSAN SENTRA - 165,000 MILES *WRECKED - PART<br><br>2003 Nissan Sentra - 165,000 Miles *WRECKED - PARTS ONLY | 1,500.00 | 0.00 | | 0.00 | FA | 0.00 | 1,500.00 |
| 10. 2011 MOBILE HOME (FINANCED THROUGH 21ST MORTGAGE C<br><br>2011 Mobile Home (Financed through 21st Mortgage Corporation) | 40,000.00 | 0.00 | | 0.00 | FA | 40,218.00 | 1.00 |
| 11. 2013 CHEVROLET SONIC - 50,000 MILES (FINANCED THRO<br><br>2013 Chevrolet Sonic - 50,000 Miles (Financed through Wells Fargo Dealer Services) | 10,400.00 | 0.00 | | 0.00 | FA | 19,118.00 | 1.00 |
| TOTALS (Excluding Unknown Values) | $172,026.00 | $1,200.00 | $1,200.00 | $0.00 | Gross Value of Remaining Assets $0.00 (Total Dollar Amount in Column 6) | $59,336.00 | $8,043.00 |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

11/6/14 Investigating overage on homeplace.

Initial Projected Date of Final Report (TFR):　　　Current Projected Date of Final Report (TFR):

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 14-01816  Trustee Name: DENISE LITTLETON, Trustee   Exhibit B
Case Name: REGINA A HADLEY  Bank Name: Union Bank
 Account Number/CD#: XXXXXX7742
 Checking Account
Taxpayer ID No: XX-XXX2789  Blanket Bond (per case limit): $200,000.00
For Period Ending: 10/22/2015  Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 03/17/15 | 1 | HADLEY, REGINA A 54280 COUNTY ROAD 47 S. EXT. PERDIDO, AL 36562 | COMPROMISE ON LIFE ESTATE PROPERTY | 1149-000 | $1,200.00 | | $1,200.00 |
| 05/26/15 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | $15.00 | $1,185.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | $1,200.00 | $15.00 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $1,200.00 | $15.00 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $1,200.00 | $15.00 |

Page Subtotals:  $1,200.00  $15.00

Exhibit B

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX7742 - Checking Account | $1,200.00 | $15.00 | $1,185.00 |
|  | $1,200.00 | $15.00 | $1,185.00 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| Total Allocation Receipts: | $0.00 |
|---|---|
| Total Net Deposits: | $1,200.00 |
| Total Gross Receipts: | $1,200.00 |

Page Subtotals: $0.00 $0.00

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 1:14-01816-HAC
Debtor Name: REGINA A HADLEY
Claims Bar Date: 6/15/2015

Date: October 22, 2015

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 1 70 7100 | WELLS FARGO BANK, N.A. P.O. Box 94423 MAC Q2132-023 Albuquerque, NM 87199 | Unsecured | | $22,851.00 | $24,364.89 | $24,364.89 |
| 2 70 7100 | CAPITAL ONE BANK (USA), N.A. PO Box 71083 Charlotte, NC 28272-1083 | Unsecured | | $3,005.00 | $3,005.04 | $3,005.04 |
| 3 70 7100 | WELLS FARGO CARD SERVICES PO Box 9210 Des Moines, IA 50306 | Unsecured | | $4,628.00 | $4,751.55 | $4,751.55 |
| 4 70 7100 | UNITED CONSUMER FINANCIAL SERVICES BASS & ASSOCIATES, P.C. 3936 E. FT. LOWELL ROAD, SUITE #200 TUCSON, AZ 85712 | Unsecured | Order disallowing claim dated 8/ 11 /15 Doc #35 | $1,452.00 | $1,452.01 | $0.00 |
| 5 70 7100 | SYNCHRONY BANK C/O RECOVERY MANAGEMENT SYSTEMS CORP 25 SE 2ND AVE SUITE 1120 MIAMI, FL 33131-1605 | Unsecured | (5-1) LOWES CONSUMERCREDITCARD OR GEMB OR GECRB | $0.00 | $687.63 | $687.63 |
| 100 2100 | DENISE LITTLETON 312-T Schillinger Rd S. Box 415 Mobile, AL. 36608 | Administrative | | $0.00 | $300.00 | $300.00 |
| | Case Totals | | | $31,936.00 | $34,561.12 | $33,109.11 |

Code#: Trustee's Claim Number, Priority Code, Claim Type (UTC)

Page 1　　　　　　　　　　　　　　　　　　　　Printed: October 22, 2015

USBA Form 101-7-TFR (5/1/2011) (Page: 7)
Case 14-01816　Doc 38　Filed 10/26/15　Entered 10/26/15 09:12:03　Desc Main
Document　Page 7 of 10

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 14-01816
Case Name: REGINA A HADLEY
Trustee Name: DENISE LITTLETON, Trustee

Balance on hand $ 1,185.00

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: DENISE LITTLETON | $ 300.00 | $ 0.00 | $ 300.00 |

Total to be paid for chapter 7 administrative expenses $ 300.00
Remaining Balance $ 885.00

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 32,809.11 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 2.7 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | WELLS FARGO BANK, N.A. | $ 24,364.89 | $ 0.00 | $ 657.22 |
| 2 | CAPITAL ONE BANK (USA), N.A. | $ 3,005.04 | $ 0.00 | $ 81.06 |
| 3 | WELLS FARGO CARD SERVICES | $ 4,751.55 | $ 0.00 | $ 128.17 |
| 4 | UNITED CONSUMER FINANCIAL SERVICES | $ 0.00 | $ 0.00 | $ 0.00 |
| 5 | SYNCHRONY BANK | $ 687.63 | $ 0.00 | $ 18.55 |

Total to be paid to timely general unsecured creditors $ 885.00

Remaining Balance $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE